**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-50286
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

EDISON SANCHEZ CAICEDO,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
(A-96-CV-011)

April 8, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Edison Sanchez Caicedo appeals the district court's denial of
his motion to vacate, set aside , or correct his sentence, pursuant
to 28 U.S.C. § 2255. Caicedo contends that the district court
erred in finding he had not demonstrated that he received
ineffective assistance of counsel and in refusing to order an
evidentiary hearing prior to denying his motion. Caicedo also
argues that he was not required to obtain a Certificate of

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appealability